472 A.2d 254

Nasife, Appellants, v. Princess Hotels.

Argued December 14, 1983. Edward Lawrence Hannaway, for appellants; Charles J. Bogdanoff, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

The order of the trial court is affirmed.